JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone: 702.562.8820
Facsimile: 702.562.8821
JDickey@BaileyKennedy.com

*Attorneys for Defendant*
*New Medicine, LLC*

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

NEW HORIZON MEDICAL SOLUTIONS LLC, a domestic limited-liability company,

Plaintiff,

vs.

WHOLE MEDICINE, LLC, a foreign limited-liability company,

Defendant.

Case No.: 2:26-cv-02766-DJA

**~~STIPULATION AND~~ ORDER TO EXTEND DEFENDANT'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

**(SECOND REQUEST)**

Defendant Whole Medicine, LLC ("Whole Medicine") and Plaintiff New Horizon Medical Solutions LLC ("Plaintiff") (collectively, the "Parties") hereby stipulate as follows:

1. On July 2, 2026, Plaintiff filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada (Case No.: A-26-950436-C) (the "State Court Action");

2. On July 31, 2026, Plaintiff served Whole Medicine with the Complaint in the State Court Action;

3. On August 21, 2026, Plaintiff granted Whole Medicine a two-week extension to file a response to Plaintiff's Complaint, making Whole Medicine's deadline to respond to Plaintiff's Complaint September 4, 2026.

4. On August 31, 2026, Whole Medicine filed Defendant Whole Medicine, LLC's Notice of Removal Pursuant to 28 U.S.C. §§ 1332, 1441, AND 1446 (ECF No. 1).

5. In order to allow the Parties to focus their efforts on resolution, the Parties previously stipulated to extend the time for Whole Medicine to respond to Plaintiff's Complaint from September 4, 2026, to September 25, 2026. *See* ECF No. 6.

6. The Parties have made progress on resolving this matter. In order to allow them time to focus their efforts on bringing this matter to a resolution, the Parties stipulate to extend the deadline for Whole Medicine to file its response to Plaintiffs' Complaint from September 25, 2026, to October 16, 2026.

7. This is Whole Medicine's second requested extension. This stipulation is made in good faith and not to delay the proceedings.

8. This stipulation is entered into without waiver of any of the Parties' respective rights, claims, or defenses.

Dated this 25th day of September, 2026.

**BAILEY❖KENNEDY**

By: */s/ Joshua M. Dickey*
JOSHUA M. DICKEY

*Attorneys for Defendant*
*New Medicine, LLC*

Dated this 25th day of September, 2026.

**CLARK HILL PLC**

By: */s/ William D. Schuller*
MICHAEL V. CRISTALLI
(NEVADA BAR NO. 6266)
WILLIAM D. SCHULLER
(NEVADA BAR NO. 11271)
1700 S. Pavilion Center Drive, Suite 500
Las Vegas, Nevada 89135

*Attorneys for Plaintiff*
*New Horizon Medical Solutions LLC*

**IT IS SO ORDERED:**



DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 28, 2026

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820